UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIEL JARD P MAMARIL,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 23-CV-2201 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 10]** |

　　　Pending before the Court is the parties' joint motion to dismiss with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear their own fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  April 25, 2024

_____
Hon. Thomas J. Whelan
United States District Judge